## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| KIMBERLY WILKINSON<br>Plaintiff, | )<br>)<br>) | No. 09-CV-2347 JAR/DJW |
| vs. | )<br>) | **VERIFIED COMPLAINT** |
| ALLIANCE ONE INC.<br>Defendant. | )<br>)<br>) | |

## VERIFIED COMPLAINT

COMES NOW the Plaintiff, KIMBERLY WILKINSON ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ALLIANCE ONE INC., alleges and affirmatively states as follows:

### INTRODUCTION

1.     The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.  (15 U.S.C. 1692(a) – (e)).

2.     Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of ALIANCE ONE, INC. (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff's damage.

3.      For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

4.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5.      Because Defendant conducts business in the state of Kansas, personal jurisdiction is established.

6.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

7.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

8.      Plaintiff is a natural person who resides in the Lenexa, County of Johnson, State of Kansas and are obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

9.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the Trevose, County of Bucks, Pennsylvania.

10.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

11.     Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12.     Defendant called Plaintiff at Plaintiff's home and cell phone

13.     Defendant called from 651-255-4151.

14.     Defendant failed to state in subsequent communications that the call is from a debt ~~collector.  (See transcribed voicemail messages attached as Exhibit A.)~~

15.     Defendant callers failed to state the name of the company from where they were calling.  (See Exhibit A.)

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

19.     Plaintiff repeats, reallages and incorporate by reference all of the foregoing paragraphs.

20.     Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

  a.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

  b.  Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by calling Plaintiff and failing to state the name of the company from where they were calling.

    c.   Defendant violated *§1692e(10)* of the FDCPA because Defendant used false representation or deceptive means to collect a debt each time Defendant caller did not state the name of the company from where caller was calling.

    d.   Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication is from a debt collector.

21.    As a consequence of Defendant's foregoing actions, Plaintiff suffered from stress, ~~anxiety, and humiliation. (See Damages attached as Exhibit B.)~~

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

22. Declaratory judgment that the Defendant's conduct violated the FDCPA.

23. Actual damages.

24. Statutory damages pursuant to the FDCPA 15 U.S.C. 1692k.

25. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

26. Any other relief that this court deems to be just and proper.
Plaintiff designates Kansas City as place of trial.

                RESPECTFULLY SUBMITTED,

By:    ___/s/ Patrick Cuezze_____
           Patrick Cuezze,
           Attorney for Plaintiff
           Krohn & Moss, Ltd.
           10474 Santa Monica Blvd., Suite 401
           Los Angeles, CA 90025
           e-mail: pcozmyk@consumerlawcenter.com

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, KIMBERLY WILKINSON hereby demand trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS)

       Plaintiff, KIMBERLY WILKINSON, says as follows:

1.    I am the Plaintiff in this civil proceeding.
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

       Pursuant to 28 U.S.C. § 1746(2), I, KIMBERLY WILKINSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2009

                                 KIMBERLY WILKINSON,
                                 Plaintiff

**EXHIBIT A**

Kim, this is Ted Gill.  Return my call at 888-816-8797.

This message is for Kimberly Masters.   This is  Jeremiah.
Call me at 1-800-419-2692.

This message is for Kim Masters.   Kim, this is  Jeremiah.
You need to call back me at 651-255-4121.  It is important
I get a call back.

This message is for Kimberly Wilkinson.  Kimberly, this is
Jeremiah.  I need a call back from you right away at 1-800-
419-2692.   Again that is 1-800-419-2692.   It is  important
you return my call right away.

This  message  is  for  Kimberly  Masters.    Kim,  this  is
Jeremiah.   I need a call back from you right away.    My
number here is 1-800-419-2692.   It is important you return
my call right away.

This message is for Kim Masters.   Kim, this is  Jeremiah.
You need to call me back at 1-800-419-2692.   Again my
number is 1-800-419-2692.  It is important that I hear back
from you right away.

Hello Kim, this is Ted calling from Alliance One.  Kim, it
is  important  that  we  speak.    Return  my  call  at  888-816-
8797.

**EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1.  Sleeplessness — (YES) NO
2.  Fear of answering the telephone — (YES) NO
3.  Nervousness — (YES) NO
4.  Fear of answering the door — (YES) NO
5.  Embarrassment when speaking with family or friends — (YES) NO
6.  Depressions (sad, anxious, or "empty" moods) — (YES) NO
7.  Chest pains — YES (NO)
8.  Feelings of hopelessness, pessimism — (YES) NO
9.  Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____

_____

_____

_____

_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2009

_Kimberly Wilkinson_
Signed Name

_Kimberly Wilkinson_
Printed Name