**UNITED STATES DISTRICT COURT,**
**DISTRICT OF KANSAS**
**KANSAS CITY**

| | |
|---|---|
| DAN WILKINSON, | ) **CONSOLIDATED CASES** |
| Plaintiff, | ) **Case No.:** Case No. 09-2346-CM |
| vs. | ) |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC. | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |
| KIMBERLY WILKINSON, | ) **Case No.:** Case No. 09-2347-JAR |
| Plaintiff, | ) |
| vs. | ) |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiffs, DAN and KIMBERLY WILKINSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipates will be finalized within the next 30 days.

Plaintiffs therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

Respectfully submitted,

/s/ Patrick Cuezze
Patrick Cuezze
Krohn & Moss, Ltd.
10414 Santa Monica blvd., Ste. 401
Los Angeles, CA 90025
Ph: (816) 931-0911
Fax: (866) 802-0021
patrick@cuezzelaw.com
Attorney for Plaintiff